**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1642**

---

CHRISTOPHER BERNARD JONES,

Plaintiff - Appellant,

versus

PERRY S. LUTHI, Sr.; DESMINE SARDINE; LUTHI
MORTGAGE COMPANY, INC.; CAROLINA TAX SERVICE;
LUTHI CONSTRUCTION COMPANY; LIBERTY FUNDING;
GENERAL FUNDING; PERRY S. LUTHI, Jr.; MARTHA
PACE; LORI MURPHY; CAROL A. SIMPSON; IRA
HANDY; HANDY MOISTURE & PEST CONTROL; PETE
PETERSON; RON PLATT; MARSHA PLATT; SONNY
NINAN; MICHAEL DOE; DEE DEE DOE; KIM DOE,

Defendants - Appellees.

---

**No. 07-1691**

---

CHRISTOPHER BERNARD JONES,

Plaintiff - Appellant,

versus

PERRY S. LUTHI, SR.; DESMINE SARDINE; LUTHI
MORTGAGE COMPANY, INC.; CAROLINA TAX SERVICE;
LUTHI CONSTRUCTION COMPANY; LIBERTY FUNDING;
GENERAL FUNDING; PERRY S. LUTHI, JR.; MARTHA
PACE; LORI MURPHY; CAROL A. SIMPSON; IRA
HANDY; HANDY MOISTURE & PEST; PETE PETERSON;

RON PLATT; MARSHA PLATT; SONNY NINAN; MICHAEL
DOE; DEE DEE DOE; KIM DOE,

Defendants - Appellees.

---

**No. 07-1937**

---

CHRISTOPHER BERNARD JONES,

Plaintiff - Appellant,

versus

PERRY S. LUTHI, Sr.; DESMINE SARDINE; LUTHI
MORTGAGE COMPANY, INC.; CAROLINA TAX SERVICE;
LUTHI CONSTRUCTION COMPANY; LIBERTY FUNDING;
GENERAL FUNDING; PERRY S. LUTHI, Jr.; MARTHA
PACE; LORI MURPHY; CAROL A. SIMPSON; IRA
HANDY; HANDY MOISTURE & PEST CONTROL; PETE
PETERSON; RON PLATT; MARSHA PLATT; SONNY
NINAN; MICHAEL DOE; DEE DEE DOE; KIM DOE,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of
South Carolina, at Greenville.  Patrick Michael Duffy, District
Judge.  (6:06-cv-02202-PMD)

---

Submitted:  December 13, 2007        Decided:  December 17, 2007

---

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Christopher Bernard Jones, Appellant Pro Se. Melvin Hutson, MELVIN
HUTSON, PA, Greenville, South Carolina; Carol A. Simpson,
Greenville, South Carolina; Ira Handy, Taylors, South Carolina; Ron

Platt, Greenville, South Carolina; Marsha Platt, Greenville, South Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Bernard Jones seeks to appeal the district court's orders denying his motion to reconsider the court's order requiring him to comply with the service requirements of Fed. R. Civ. P. 5; denying his motion to amend the complaint; and granting a defendant's motion for an extension of time to answer Plaintiff's interrogatories and produce documents. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Jones seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We deny Jones' motions to stay the district court proceedings, for an injunction and restraining order, to waive the requirement to file a certificate of service, and for emergency relief for order of protection; and also deny Jones' petition for emergency relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 4 -